

**NUMBERS
13-13-00621-CR
13-13-00622-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**GERARDO CANO,**                                                                          **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                **Appellee.**

### On appeal from the 390th District Court
### of Travis County, Texas.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Gerardo Cano, attempts to appeal a conviction for the third degree felony offense of assault with bodily injury, enhanced, arising from trial court cause number DC-13-202481 and docketed in our appellate cause number 13-13-00621-CR,

and a judgment revoking his community supervision for the second degree felony offense of robbery, arising from trial court cause number DC-09-201749 and docketed in our appellate cause number 13-13-00622-CR. These appeals were transferred to this Court from the Third Court of Appeals by order of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 22.220(a) (West Supp. 2013) (delineating the jurisdiction of appellate courts); TEX. GOV'T CODE ANN. § 73.001 (West 2005) (granting the supreme court the authority to transfer cases from one court of appeals to another at any time that there is "good cause" for the transfer).

Proceeding pro se, appellant filed notices of appeal in these causes and filed a motion requesting the appointment of counsel to prosecute his appeals. Appellant has also filed other assorted motions pertaining to these appeals. In response to these motions, this Court previously abated these appeals and remanded the cases to the trial court for a determination regarding appellant's right to counsel. Upon further review, however, we withdraw our order as improvidently issued and we reinstate these appeals. Specifically, our review of the clerk's record in these causes shows that the trial court has certified that these are "plea-bargain case[s], and the defendant has NO right of appeal," and has also certified in cause number 13-13-00621-CR that the "defendant has waived the right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On November 20, 2013, this Court notified trial appellant's counsel of the trial court's certifications and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings

2

as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certifications.

On December 11, 2013, counsel filed a letter brief with this Court. Counsel's response does not establish that the certifications currently on file with this Court are incorrect or that appellant otherwise has a right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, these appeals are DISMISSED. All pending motions are likewise DISMISSED.


PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
24th day of January, 2014.

3